**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6782

ANTHONY DYE,

Plaintiff - Appellant,

versus

JON OZMINT, Director, South Carolina
Department of Corrections,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  David C. Norton, District Judge.
(CA-04-22031-DCN)

Submitted:  September 14, 2005      Decided:  October 7, 2005

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Dye, Appellant Pro Se.  Steven Michael Pruitt, MCDONALD,
PATRICK, TINSLEY, BAGGETT & POSTON, Greenwood, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Dye appeals the district court's order accepting the report and recommendation of a magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Dye v. Ozmint, No. CA-04-22031-DCN (D.S.C. Apr. 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED